# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

United States of America
v.
Dexter Antonio Dixon

)
)
)
)
)
)
)
)

Case No:  4:09-CR-51-1FL

USM No:  70514-056

Date of Original Judgment:  June 11, 2010
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Lauren Brennan
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____55_____ months **is reduced to** _____45 months*_____

*On Count 1.  Count 2 remains unchanged at 60 months, consecutive.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated June 11, 2010 shall remain in effect. **IT IS SO ORDERED.**

Order Date:  _____1/14/2015_____

*Judge's signature*

Effective Date:  November 1, 2015
*(if different from order date)*

Louise W. Flanagan, U.S. District Judge
*Printed name and title*